IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00240-MR

| | |
|---|---|
| RICHARD A. SHIARLA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PERRY W. HARPER, et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** comes before the Court on the Plaintiff's oral motion for voluntary dismissal Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, which motion was made in open court during a hearing in this matter.

For the reasons stated in open court, the Plaintiff's motion is granted.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's oral motion for voluntary dismissal of this action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure is **GRANTED**, and this action is hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

_____
Martin Reidinger
United States District Judge